O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES LEE PINKERTON,

              Petitioner,

      v.

FEDERAL BUREAU OF PRISONS, *et al.*,

          Respondents.

Case No. LA CV 15-0054 R (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record.  No objections to the Report and Recommendation have been filed.

//

//

//

//

//

//

//

//

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Respondents' Motion to Dismiss is granted;

3.      Judgment be entered dismissing this action with prejudice;[1] and

4.      The Clerk serve copies of this Order and the Judgment on the parties.

DATED: March 16, 2016

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

---

[1]      Accordingly, Petitioner's "Motion to Compel the Respondents to Amend Their Motion to Dismiss Petitioner's [Petition for] Writ of Mandamus," [Dkt. No. 34], is **DENIED AS MOOT**.