JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES LEE PINKERTON,                )   Case No. LA CV 15-0054 R (JCG)
     Petitioner, )   **JUDGMENT**
        )
   v.    )
FEDERAL BUREAU OF PRISONS,   )
*et al.*,        )
     Respondents. )
         )

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: <u>March 16, 2016</u>  _____

        HON. MANUEL L. REAL
       UNITED STATES DISTRICT JUDGE